**Paul REYES, Appellant,**

v.

**Sergeant GALLAND; M. Rustand; John Does, 1—2, Appellees.**

No. 01–2416.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 14, 2001.

Filed Dec. 27, 2001.

Before HANSEN, FAGG, and BEAM, Circuit Judges.

PER CURIAM.

Inmate Paul Reyes appeals the district court's[1] dismissal of his lawsuit against corrections employees for lack of subject matter jurisdiction. He also appeals the denial of his motion for reconsideration. Upon de novo review, we affirm for the reasons explained by the district court. We also find no abuse of discretion in the district court's denial of the motion for reconsideration. Accordingly, we affirm the judgment of the district court and the order denying reconsideration. *See* 8th Cir. R. 47B.

[1]. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.